IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. H-18- |
| JOSEPH DAVIS | § | |

**18 CR 542**

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Desertion of Mails)

On or about November 13, 2017, within the Houston Division of the Southern District of Texas,

**JOSEPH DAVIS**

defendant herein, did then and there take charge of mail and did unlawfully desert such mail at the termination of his route without delivering the mail to the post office or to some known mail carrier, messenger, agent or other employee in the Postal Service who was authorized to receive such mail.

In violation of Title 18, United States Code, Section 1700.

RYAN K. PATRICK
United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney