USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**

**HOUSTON DIVISION**

USAO Number: 2018R04251

Magistrate Number:

CRIMINAL INFORMATION

SEP 12 2018

David J. Bradley, Clerk of Court

Filed _____

**No 8 CR 542**

Judge: _Lake_

**UNITED STATES of AMERICA**

**VS.**

JOSEPH DAVIS

**ATTORNEYS:**

RYAN K. PATRICK, U.S. ATTORNEY          (713) 567-9000

Jill J. Stotts, AUSA                                  (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct: 1: Desertion of Mails  [18 USC § 1700]

CHARGE:
(TOTAL)
(COUNTS:)
( 1   )

PENALTY:

Ct.1: Up to 1 year imprisonment, up to $100,000 fine, up to 1 year supervised release and a $25 special assessment.

☐ In Jail

☐ On Bond

☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: