# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:18–cr–00542

Joseph Davis

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/14/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Appearance

Date:   September 13, 2018

                                                            David J. Bradley, Clerk