United States District Court
Southern District of Texas
**ENTERED**
September 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §   CRIMINAL NUMBER H-18-CR-542 |
| JOSEPH DAVIS | § § § |

## ORDER

The United States' Motion to Transfer and Close the above referenced cause is hereby **GRANTED**, this cause number shall be transferred to Judge Hittner under cause number 18-CR-166 and cause number 18-CR-542 is closed.

Signed on this __14th__ day of __September__ 2018, at Houston, Texas.

HON. SIM LAKE
UNITED STATES DISTRICT JUDGE